**No. 61756.**—Applicator Enterprises, Inc., et al. *v.* United States, protests 301037–K, etc. (New York).

Opinion by OLIVER, C. J.  In accordance with stipulation of counsel that the merchandise consists of sponges similar in all material respects to those the subject of Abstract 61191, the merchandise entered, or withdrawn from warehouse for consumption, prior to September 10, 1955, was held dutiable at 25 percent under paragraph 1537 (b) and that entered, or withdrawn for consumption, on or after September 10, 1955, was held dutiable at 12½ percent under said paragraph, as modified, *supra*, as claimed.

**No. 61757.**—E. Leitz, Inc., et al. *v.* United States, protests 237354–K, etc.  (New York).

Opinion by OLIVER, C. J.  In accordance with stipulation of counsel that the issues are the same in all material respects as those the subject of *John P. Herber & Co., Inc.* v. *United States* (30 Cust. Ct. 193, C. D. 1519), the protests were dismissed, and the matters were remanded to a single judge sitting in reappraisement for determination of the value of the merchandise in the manner provided by law (28 U. S. C. § 2636 (d)).

**No. 61758.**—We Moderns, Inc. *v.* United States, protest 312801–K (New York).

Opinion by MOLLISON, J.  In accordance with stipulation of counsel that the merchandise consists of headboards similar in all material respects to those the subject of Abstract 61224, the claim of the plaintiff was sustained.